**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ODILMA BALLESTEROS,

              Plaintiff,                  22 **CIVIL** 3198 (KMK)

      -against-                      **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

              Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 9, 2023, the Report and Recommendation, dated May 11, 2023, is ADOPTED in its entirety. Plaintiff's Motion to Remand and/or for Judgment on the Pleadings is granted. Defendant's Cross Motion for Judgment on the Pleadings is denied. Judgment is entered in favor of the Plaintiff, and this matter is remanded to the Commissioner for calculation of benefits; accordingly, the case is closed.

**Dated:**  New York, New York
         June 9, 2023

                                                                **RUBY J. KRAJICK**

                                                           _____
                                                                 **Clerk of Court**

                       **BY:**              *K. Mango*

                                                           _____
                                                                **Deputy Clerk**