UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ODILMA B.,<br><br>       *Plaintiff*,<br><br>   v.<br><br>FRANK J. BISIGNANO,<br>*Commissioner of Social Security*,<br><br>       *Defendant*. | No. 22-CV-3198 (KMK)<br><br>ORDER ADOPTING<br>REPORT & RECOMMENDATION |

KENNETH M. KARAS, United States District Judge:

Odilma B.[1] ("Plaintiff") brings this Action pursuant to 42 U.S.C. § 405(g), seeking

judicial review of the final decision of the Commissioner of Social Security (the

"Commissioner" or "Defendant"), which denied her application for disability insurance benefits

and/or supplemental security income benefits.  (*See generally* Compl. (Dkt. No. 1).)  On October

31, 20220, Plaintiff moved for judgment on the pleadings pursuant to Rule 12(c) of the Federal

Rules of Civil Procedure.  (Pl.'s Not. of Mot. (Dkt. No. 14).)  On December 19, 2022, the

Commissioner filed a cross motion for judgment on the pleadings.  (Def.'s Not. of Mot. (Dkt.

No. 16).)

After reassignment, the case was referred to the Honorable Gary R. Jones ("Judge

Jones") on May 17, 2023.  (*See* Dkt. (minute entry for March 17, 2023).)  On May 11, 2023,

Judge Jones issued a Report and Recommendation ("R&R") recommending that the Plaintiff's

Motion be granted, and the Commissioner's Motion be denied.  (*See* Report & Recommendation

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil
Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and
Case Management of the Judicial Conference of the United States.

(Dkt. No. 19).)  The Parties did not file any objections to the R&R, (*see* Dkt.), and on June 9, 2023, the Court adopted the R&R in its entirety.  *Ballesteros v. Kijakazi*, No. 22-CV-3198, 2023 WL 3936642, at *1 (S.D.N.Y. June 9, 2023).  On September 5, 2023, Judge Jones entered an Order approving the Parties' stipulation to an award of $10,000 in attorneys' fees under the Equal Access to Justice Act.  (*See* Order (Dkt. No. 23).)  On remand, the Commissioner awarded Plaintiff disability benefits.  (*See* Not. of Award (Dkt. No. 26-3).)

On December 7, 2025, Plaintiff filed a Motion for Attorneys' Fees under 42 U.S.C. § 406(b).  (*See* Not. of Mot. (Dkt. No. 24); Mem. of Law in Supp. of Pl.'s Mot. for Att'ys' Fees (Dkt. No. 25); Aff. of Eddy Pierre Pierre in Supp. (Dkt. No. 26).)  On December 8, 2025, Defendant filed its reply in which he neither supported nor opposed Plaintiff's Motion.  (Def.'s Response 1 (Dkt. No. 27).)  On December 23, 2025, Judge Jones issued an R&R recommending that Plaintiff's Motion be granted.  (Report & Recommendation (Dkt. No. 28).)  The Parties did not file any objections to the R&R.[2]

When no objections are filed, the Court reviews an R&R on a dispositive motion for clear error.  *See Bickram v. Comm'r of Soc. Sec.*, No. 18-CV-1160, 2021 WL 2665876, at *1 (S.D.N.Y. June 29, 2021); *Andrews v. LeClaire*, 709 F. Supp. 2d 269, 271 (S.D.N.Y. 2010).  The Court has reviewed the R&R and finding no substantive error, clear or otherwise, adopts the R&R.

Accordingly, it is hereby:

ORDERED that the Report and Recommendation, dated December 28, 2025, is ADOPTED in its entirety.

---

[2] Judge Jones provided notice that, pursuant to 28 U.S.C. § 636(b)(l) and Rule 72(b) of the Federal Rules of Civil Procedure, objections to the R&R were due within 14 days after being served with a copy of the R&R.  (R&R 8.)

The Clerk of the Court is respectfully requested to terminate the pending Motion at Dkt. No. 24.

SO ORDERED.

DATED:  April 30, 2026
        White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE